1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SANTOS ZEPEDA,

11              Petitioner,                    No. CIV S-11-1757 DAD P

12         vs.

13    SUZAN L. HUBBARD,

14              Respondent.                    ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20    a request to proceed in forma pauperis or submit the appropriate filing fee.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Petitioner shall submit, within thirty days from the date of this order, an

23    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24    petitioner's failure to comply with this order will result in the dismissal of this action; and

25    /////

26    /////

                                              1

1           2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2    pauperis form used by this district.

3    DATED: July 7, 2011.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

7

8    DAD:md
     zepe1757.101a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26