IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTOS ZEPEDA,

       Petitioner,                  No. 2:11-cv-1757 KJM AC P

     vs.

SUZAN L. HUBBARD,

       Respondent.             <u>ORDER</u>

         Petitioner, a state prisoner, proceeds pro se on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The court previously directed respondent to file a response to the petition (ECF No. 9), and the parties have completed briefing.

         Petitioner now moves to supplement his traverse by adding an additional declaration. ECF No. 23. Respondent has not objected to petitioner's motion. Accordingly, the court will grant petitioner's motion to supplement his traverse. Petitioner is advised that, in granting this application to supplement, the court makes no determination about the value of the declaration, or its weight in deciding the pending petition.

////

////

1 Accordingly, IT IS HEREBY ORDERED that petitioner's motion to file a
2 supplemental Exhibit B to his traverse (ECF No. 23) is granted.
3 DATED: February 27, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb
zepe1757.ord