IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS ZEPEDA, | No. 2:11-cv-1757 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| SUZAN L. HUBBARD, | |
| Respondent. | |

On September 6, 2013, petitioner filed a notice of appeal of this court's denial of his petition for writ of habeas corpus. ECF No. 34. On September 26, 2013, petitioner filed a notice regarding the bill for appeal fees. ECF No. 37. This court construes the notice as a motion to proceed in forma pauperis on appeal. So construed, the motion is denied without prejudice to refiling it with the accompanying affidavit required by Fed. R. App. P. 24(a)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is denied without prejudice.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: October 28, 2013.

_____
UNITED STATES DISTRICT JUDGE